1  CERA LLP
   SOLOMON B. CERA (State Bar No. 99467)
2  THOMAS C. BRIGHT (State Bar No. 169713)
   LOUIS A. KESSLER (State Bar No. 243703)
3  595 Market Street, Suite 2300
   San Francisco, California 94105
4  Tel: (415) 777-2230
   Fax: (415) 777-5189
5  scera@cerallp.com
   tbright@cerallp.com
6  lakessler@cerallp.com

7  Attorneys for Plaintiff

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 PIGGLY WIGGLY ALABAMA           )  Case No.: 3:15-cv-03906-VC
   DISTRIBUTING CO., INC., on Behalf of )
12 Itself and All Others Similarly Situated, )
                                    )  **STIPULATION AND [PROPOSED]**
13                Plaintiff,        )  **ORDER EXTENDING DEFENDANTS'**
                                    )  **TIME TO ANSWER, MOVE, OR**
14         v.                       )  **OTHERWISE RESPOND TO THE**
                                    )  **COMPLAINT**
15 BUMBLE BEE FOODS, LLC, f/k/a     )
   BUMBLE BEE SEAFOODS, LLC; TRI-   )
16 UNION SEAFOODS, LLC, d/b/a       )
   CHICKEN OF THE SEA              )
17 INTERNATIONAL; STARKIST          )
   COMPANY, and KING OSCAR, INC.,   )
18                                  )
                                    )
19                Defendants.       )
                                    )
20 _____)

21        Plaintiff Piggly Wiggly Alabama Distributing Co., Inc. and Defendants Bumble Bee

22 Foods, LLC, Tri-Union Seafoods, LLC, King Oscar, Inc., and StarKist Co. ("Defendants"),

23 (collectively the "Parties"), hereby stipulate to an extension of time for Defendants to move to

24 dismiss, answer or otherwise respond to the complaint in the above-captioned action (the

25 "Complaint").

26        WHEREAS, Plaintiff filed its Complaint on August 26, 2015;

27

28

                                    1

WHEREAS Defendants agree to waive service of the Complaint in this action in exchange for an extension of Defendants' time to move to dismiss, answer or otherwise respond to Plaintiff's Complaint;

WHEREAS, to date, 23 civil actions alleging antitrust violations in connection with the sale of packaged seafood products have been filed in federal district courts throughout the United States, including this action (the "Related Actions");

WHEREAS, a motion was filed before the United States Judicial Panel on Multidistrict Litigation ("JPML"), on August 28, 2015, seeking to transfer and centralize the Related Actions in a single federal district court ("Motion");

WHEREAS, responses to the Motion are due September 21, 2015, and the JPML has not yet set the Motion for hearing;

WHEREAS, to economize both judicial and the Parties' resources pending the JPML's decision on the Motion, the Parties believe and agree that Defendants' time to move to dismiss, answer, or otherwise respond to the Complaint should be extended until after the JPML has ruled on the pending Motion, it has been determined which court will preside over the Related Actions, and any consolidated amended complaint has been filed;

ACCORDINGLY, the undersigned Parties, through their respective counsel of record, hereby stipulate and agree as follows:

1.      If the JPML transfers all Related Actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Defendants shall answer, move or otherwise respond to the then-operative complaint no later than 60 days after: (a) service of a consolidated amended complaint, or (b) service of written notice that plaintiffs will not file a consolidated amended complaint.

2.      If the JPML does not transfer all Related Actions to a single district, Defendants shall answer, move, or otherwise respond to the then-operative complaint no later than 60 days after service of the JPML ruling.

3.      The Parties agree that no defense is prejudiced or waived by submission of this Stipulation.

4.       The parties agree that if Defendants answer, move or otherwise respond to a complaint filed in any other action alleging anticompetitive conduct concerning the marketing, sale, or distribution of packaged seafood products within Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint, Defendants will answer, move or otherwise respond to Plaintiff's Complaint on the same day.

IT IS SO STIPULATED.

Dated:  September 15, 2015                    CERA LLP

                                              By: /s/Solomon B. Cera
                                              Solomon B. Cera (State Bar No. 99467)
                                              Thomas C. Bright (State Bar No. 169713)
                                              Louis A. Kessler (State Bar No. 243703)
                                              595 Market Street, Suite 2300
                                              San Francisco, California 94105
                                              Tel: (415) 777-2230
                                              Fax: (415) 777-5189
                                              scera@cerallp.com
                                              tbright@cerallp.com
                                              lakessler@cerallp.com

                                              *Attorneys for Plaintiff*

Dated:  September 15, 2015                    LATHAM & WATKINS LLP

                                              By: /s/ Belinda S Lee
                                              Daniel M. Wall (State Bar No. 102580)
                                              Belinda S Lee (State Bar No. 199635)
                                              Ashley M. Bauer (State Bar No. 231626)
                                              LATHAM & WATKINS LLP
                                              505 Montgomery Street, Suite 2000
                                              San Francisco, CA 94111
                                              Telephone: 415-391-0600
                                              Facsimile: 415-395-8095
                                              Email: dan.wall@lw.com
                                              Email: belinda.lee@lw.com
                                              Email: ashley.bauer@lw.com

                                              *Attorneys for Defendant StarKist Co.*

| | |
|---|---|
| 1 | Dated:  September 15, 2015 |
| 2 | |

Dated:  September 15, 2015                    O'MELVENY & MYERS LLP

By: /s/ Edward D. Hassi
Edward D. Hassi (*pro hac vice* to be submitted)
Julia A. Schiller (*pro hac vice* to be submitted)
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5336
Facsimile: 202-383-5414
Email: ehassi@omm.com
Email: jschiller@omm.com

*Attorneys for Defendant Bumble Bee Foods, LLC*

Dated:  September 15, 2015

By: /s/ William E. White
William E. White (Cal. Bar No. 155617)
John Terzaken
John Roberti
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
Email: john.terzaken@allenovery.com
Email: john.roberti@allenovery.com
Email: william.white@allenovery.com

*Attorneys for Defendant Tri-Union Seafoods LLC and King Oscar, Inc.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

September 16, 2015

_____
Vincent Chhabria
United States District Judge